```
                                              FILED
                                      CLERK, U.S. DISTRICT COURT

                                            JAN 26 2010

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: |
| Plaintiff, | ) ) | ORDER OF DETENTION 09-1312 GW |
| vs. | ) ) ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Generro Dyreall Joseph Defendant. | ) ) ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. of Cal_ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   (X) The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9       on:  See PSA report
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  1/26/10
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```